# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NEXPAY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-1749 |
| ) | Judge Trauger |
| COMDATA NETWORK, INC., d/b/a ) | |
| Comdata Corp, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for December 1, 2014 (Docket No. 9) is **RESET** for November 3, 2014 at 2:00 p.m.

It is so **ORDERED**.

ENTER this 2nd day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge