IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NEXPAY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMDATA NETWORK, INC., )<br>)<br>Defendant. ) | Civil No. 3:14-cv-1749<br>Judge Trauger |

## ORDER

On October 6, 2017, the magistrate judge issued a Report and Recommendation (DE #138), objections to which have been withdrawn (Docket No. 154). The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that Comdata's Motion to Voluntarily Dismiss Counterclaim Without Prejudice (Docket No. 119) is GRANTED, with the understanding that the parties have represented to the court that Comdata has satisfied whatever fees and costs were required to be paid pursuant to the Report and Recommendation.

The Clerk shall term the Motion for *De Novo* Review of Report and Recommendation (Docket No. 139), as it has been withdrawn (Docket No. 154).

It is so **ORDERED**.

ENTER this 20th day of December 2017.

_____
ALETA A. TRAUGER
U.S. District Judge