# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Motion GRANTED

| | | |
|---|---|---|
| **NEXPAY, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-cv-01749 |
| | ) | Judge Trauger |
| **COMDATA NETWORK, INC., d/b/a COMDATA CORP.,** | ) | Magistrate Judge Newbern |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Section IV(B)(5) of the Agreed Protective Order (Doc. 34), Defendant Comdata Network, Inc. n/k/a Comdata Inc. ("Comdata") respectfully moves for permission to file under seal Comdata's Reply in Further Support of its Motion for Summary Judgment.

Comdata's Reply cites and quotes, among other things:

1. Plaintiff's Response Brief (Doc. 207);

2. Plaintiff's Response to Comdata's Statement of Undisputed Material Facts (Doc. 208);

3. The Declaration of Vincent Valentine (Doc. 209); and

4. Plaintiff's Appendix of deposition exhibits (Doc. 212).

Each of the above documents has been filed under seal and without a redacted version for public view. (*See* Doc. 204, Pl.'s Motion for Leave to File Under Seal; Doc. 213, Order; *see also* Doc. 197, Order granting motion to cite deposition transcripts under seal.) Comdata so frequently cites or references the above in its Reply that any redacted version would be of no substantive value.